UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER VAN DER WERF, an individual<br>10338 Ojai Santa Paula Rd<br>Ojai, CA 93023<br><br>TOBY STOVER, an individual<br>81 Clove Valley Rd<br>High Falls, New York 12440,<br><br>ELIZABETH DASBURG, an individual<br>1188 Jessica Drive SE<br>Darien, GA 31305,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES NATIONAL PARK SERVICE U. S. DEPARTMENT OF THE INTERIOR, and CHARLES F. SAMS III, in his official capacity as Director of the National Park Service,<br><br>       Defendants. | Case No.: 1:24-cv-00639-TJK |

## DECLARATION OF COMPLETION OF SERVICE OF SUMMONS, COMPLAINT AND OTHER DOCUMENTS IN THE ABOVED-CAPTIONED CASE TO THE U.S. ATTORNEY'S OFFICE FOR D.C.

Ray L. Flores II, hereby declare as follows:

1. I am the attorney of record in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge. If called as a witness, I would be able to testify to the facts herein stated.

2. On March 17, 2024, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I sent via e-mail a copy of the Summons, Complaint, Standing Order, and Notice of Right to Consent to Trial Before a United States Magistrate Judge to the U.S. Attorney's Office for D.C.

1

3. The attached email confirms receipt and service of process effective March 17, 2024. (Attached)

Date:   March 20, 2024

_____
Ray L. Flores II, Attorney at Law
11622 El Camino Real Suite 100
San Diego, CA 92130
California State Bar Number: 233643
D.C. District Court I.D. No.: CA00173
Phone: (858) 367-0397
Email: rayfloreslaw@gmail.com

**RE: VAN DER WERF et al v. NATIONAL PARK SERVICE et al -- Case 1:24-cv-00639-TJK**

USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Mon 3/18/2024 4:43 PM
To:Ray Flores <raylflores2@msn.com>

Your service package has been received and accepted with a service date of March 17, 2024.  Thank you.

**From:** Ray Flores <raylflores2@msn.com>
**Sent:** Sunday, March 17, 2024 12:14 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] VAN DER WERF et al v. NATIONAL PARK SERVICE et al -- Case 1:24-cv-00639-TJK

RAY L. FLORES II

SAN DIEGO OFFICE

11622 EL CAMINO REAL SUITE 100

SAN DIEGO, CALIFORNIA 92130

This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited.