## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER VAN DER WERF, an individual**<br>**10338 Ojai Santa Paula Rd**<br>**Ojai, CA 93023**<br><br>**TOBY STOVER, an individual**<br>**81 Clove Valley Rd**<br>**High Falls, New York 12440,**<br><br>**ELIZABETH DASBURG, an individual**<br>**1188 Jessica Drive SE**<br>**Darien, GA 31305,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES NATIONAL PARK**<br>**SERVICE U. S. DEPARTMENT OF THE**<br>**INTERIOR, and CHARLES F. SAMS III, in**<br>**his official capacity as Director of the**<br>**National Park Service,**<br><br>**Defendants.** | **Case No.:** 1:24-cv-00639-TJK |

## DECLARATION OF COMPLETION OF SERVICE OF SUMMONS, COMPLAINT AND OTHER DOCUMENTS IN THE ABOVED-CAPTIONED CASE TO CHARLES F. SAMS III (in his official capacity as Director of the National Park Service)

Ray L. Flores II, hereby declare as follows:

1. I am the attorney of record in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge. If called as a witness, I would be able to testify to the facts herein stated.

2. On March 14, 2024, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I sent via Fed Ex Overnight a copy of the Summons, Complaint, Standing Order, and Notice of Right to Consent to Trial Before a United States Magistrate Judge to Charles F. Sams III, in his official

capacity as Director of the National Park Service.

3. The attached email confirms receipt and service of process effective March 19, 2024. (Attached)

Date:   March 20, 2024

Ray L. Flores II, Attorney at Law
11622 El Camino Real Suite 100
San Diego, CA 92130
California State Bar Number: 233643
D.C. District Court I.D. No.: CA00173
Phone: (858) 367-0397
Email: rayfloreslaw@gmail.com

**DELIVERY DATE**

# Tuesday

## 3/19/24 at 12:13 PM

Your package was released as requested and safely delivered.

Signed for by: Signature release on file



Obtain proof of delivery

How was your delivery?

**DELIVERY STATUS** 
## Delivered

Report missing package

**TRACKING ID**

272170958633