UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER VAN DER WERF, an individual<br>10338 Ojai Santa Paula Rd<br>Ojai, CA 93023<br><br>TOBY STOVER, an individual<br>81 Clove Valley Rd<br>High Falls, New York 12440,<br><br>ELIZABETH DASBURG, an individual<br>1188 Jessica Drive SE<br>Darien, GA 31305,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES NATIONAL PARK SERVICE U. S. DEPARTMENT OF THE INTERIOR, and CHARLES F. SAMS III, in his official capacity as Director of the National Park Service,<br><br>      Defendants. | Case No.: 1:24-cv-00639-TJK |

**<u>DECLARATION OF COMPLETION OF SERVICE OF SUMMONS, COMPLAINT AND OTHER DOCUMENTS IN THE ABOVED-CAPTIONED CASE TO THE UNITED STATES DEPARTMENT OF THE INTERIOR</u>**

Ray L. Flores II, hereby declare as follows:

1. I am the attorney of record in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge. If called as a witness, I would be able to testify to the facts herein stated.

2. On March 14, 2024, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I sent via Fed Ex Overnight a copy of the Summons, Complaint, Standing Order, and Notice of Right to Consent to Trial Before a United States Magistrate Judge to the U.S. Department of the Interior.

1

3. The attached email confirms receipt and service of process effective March 20, 2024. (Attached)

Date:   March 20, 2024

_____
Ray L. Flores II, Attorney at Law
11622 El Camino Real Suite 100
San Diego, CA 92130
California State Bar Number: 233643
D.C. District Court I.D. No.: CA00173
Phone: (858) 367-0397
Email: rayfloreslaw@gmail.com

3/20/24, 9:11 AM                                                                                    Detailed Tracking

**DELIVERY DATE**

# Wednesday

3/20/24 at 11:22 AM

Your package was released as requested and safely delivered.

Signed for by: Signature release on file



How was your delivery?

[Obtain proof of delivery]

**DELIVERY STATUS**  

Delivered

[Report missing package]

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                                          SUBMIT

**MORE OPTIONS**

**TRACKING ID**

272171227697