UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Toby Stover**

vs.                                    Civil Action No. **24-639 (TJK)**

Defendant: **National Park Service et al.,**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __18__ day of __December__ 20__25__, that
Toby Stover
hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the __3__ day of __December__, 20__25__, in favor of Defendant, National Park Service
against said Plaintiff, Toby Stover

Attorney/Pro Se Party Signature: _[signature]_

Name: Ray L. Flores II

Address: 11622 El Camino Real Suite 100

San Diego, CA 92130

Telephone: (858) 367 0397

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017